UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| SAMANTHA CARROLL, *Individually and on behalf of similarly situated persons, et al.*, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>ADDICTION RECOVERY CARE, LLC, )<br>)<br>Defendant. ) | Civil No. 5:23-cv-00053-GFVT<br><br><br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Parties' report of their meeting conducted pursuant to Federal Rule of Civil Procedure 26(f). [R. 13; R. 15.] Therein, the Parties opine that they cannot effectively estimate deadlines for this litigation before the Court rules on conditional certification of the Plaintiffs' class. [R. 15 at 1.] They ask the Court to instruct the Parties to submit a case schedule after the conditional certification issue has been resolved. *Id.* This puts the shoe on the wrong foot. It is the Parties' responsibility to keep this litigation on track. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that the Parties **SHALL** file a motion for a scheduling order within **fourteen (14) days** of the entry of the Court's ruling on a motion for conditional certification.

### REFERRAL TO MAGISTRATE JUDGE

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) this matter is referred to a Magistrate Judge for the purpose of:

1. Supervising discovery and pretrial proceedings.

2. Conducting all pretrial and status conferences, establishing and extending

discovery deadlines, and all other deadlines, holding such hearings as may be required, and ruling on non-dispositive motions, except motions *in limine*. *See Brown v. Wesley's Quaker Maid, Inc.*, 771 F.2d 952 (6th Cir. 1985). Dispositive motions will be referred by the Clerk of this Court to the appropriate United States District Judge.

This the 16th day of June 2023.

Gregory F. Van Tatenhove
United States District Judge