UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| SAMANTHA CARROLL, *Individually and on behalf of similarly situated persons, et al.*, )<br><br>Plaintiff, )<br><br>v. )<br><br>ADDICTION RECOVERY CARE, LLC, )<br><br>Defendant. ) | Civil No. 5:23-cv-00053-GFVT<br><br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Stipulation of Dismissal. [R. 17.] In federal court, the parties may dismiss an action without a court order by filing a stipulation to dismissal signed by all the parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Dismissal is without prejudice unless the parties indicate that they have agreed otherwise. *Id.* 41(a)(1)(B). These parties state that they agree to dismiss this case with prejudice. [R. 17.] Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Joint Stipulation of Dismissal **[R. 17]** is **GRANTED**;

2. All of the Plaintiff's claims against Defendant Addiction Recovery Care, LLC are **DISMISSED** with prejudice;

3. All of Defendant's claims against Plaintiffs are **DISMISSED** with prejudice;

4. Each party shall bear their own costs, expenses, and fees; and

5. This matter is **STRICKEN** from the Court's active docket.

This the 15th day of December 2023.

Gregory F. Van Tatenhove
United States District Judge